# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2154
_____

CLYDE L. ARLINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

August 29, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clyde L. Arline, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.